

FILED
April 20, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Devvy Kidd
P.O. Box 1102
Big Spring, Texas 70721
432.264.7869

Certified Mail Receipt: 7014 0150 0000 4731 2506

April 14, 2015

Amy Strother
Third District of Texas Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Court of Appeals No. 03-14-00805-CV

Dear Amy:

I am requesting an additional sixty day extension.

As a result of my brother being hit in a head on collision last Dec. 15, 2014, he is going to have surgery on his spine.

I have to go to No. California to help him. My mother is 88 years old, has advanced dementia and can no longer drive. There's no one else to help him get home from the hospital and stay with him a week or so until he can at least walk around.

I spoke with Mr. Adam Bitter, the state's legal counsel who has no objection to this request.

I thank the court.

Cordially,

Devvy Kidd

Devvy Kidd

cf: Mr. Adam Bitter

RECEIVED
APR 2 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



Devvy Kidd
Post Office Box 1102
Big Spring, TX 79721-1102

7014 0150 0000 4731 2506





U.S. POSTAGE
PAID
BIG SPRING,
79720
APR 15, 15
AMOUNT
$6.49
00116921-07

78711&2547

Amey Strother
Third District Court of Appeals
PO Box 12547
Austin, Texas 78711



